SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888

Mary L. Johnson (MJ 5500)

*Attorneys for Samsung Electronics Co., Ltd. and*
*Samsung Semiconductor, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
Silicon Graphics, Inc., *et al*,                    :    Case No. 06-10977 (BRL)
                                                    :
                              Debtors.              :    (Jointly Administered)
                                                    :
---------------------------------------------------------X

## NOTICE OF APPEAL

Pursuant to Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure and 28. U.S.C. §158(a)(1), Samsung Electronics, Co. Ltd. and Samsung Semiounductor, Inc., (collectively "Samsung") by and through its undersigned attorneys hereby appeals to the United States District Court for Southern District of New York from the Amended Stipulation, Agreement and Order Between Debtors and Trustee of the DRAM Claims Liquidation Trust Clarifying Extent of Assignment of Claims Pursuant to Confirmation Order and Trust Agreement entered by the United States Bankruptcy Court for the Southern District of New York on November 29, 2007 and Docketed as No. 915, a copy of which Amended Stipulation, Agreement and Order is attached.

The other parties interested in the foregoing orders and their respective counsel are:

| | |
|---|---|
| Silicon Graphics, Inc. | United States Trustee |
| 1140 E. Arques Avenue | Attention: Lisa L. Lambert, Esq. |
| Sunnyvale, CA 94085 | 33 Whitehall Street, 21st Floor |
| | New York, NY  10004 |

-2-

| | |
|---|---|
| Reorganized Debtors<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Attention Lynn P. Harrison, III, Esq.<br>101 Park Avenue<br>New York, NY  10178 | Former Official Committee of Unsecured Creditors<br>Winston & Strawn LLP<br>Attention David Neier, Esq.<br>200 Park Avenue<br>New York, NY  10166 |
| Ad Hoc Committee<br>Goodwin Proctor LLP<br>Attention: Allan S. Brilliant<br>599 Lexington Avenue<br>New York, NY  10022 | |

Dated: December 10, 2007
           New York, New York

                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                              By:   /s/ Mary L. Johnson
                              Mary L. Johnson (5500)
                              30 Rockefeller Plaza, 24th Floor
                              New York, New York 10112
                              Telephone:  (212) 332-3800