UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE SILICON GRAPHICS, INC., *et al.*,   :   Case No. 08-cv-00118 (LAP)
                                          :
            Debtors.                      :   Bankruptcy Case No. 06-10977
------------------------------------------------------------:   (BRL)
                                          :
SAMSUNG ELECTRONICS CO., LTD. and         :
SAMSUNG SEMICONDUCTOR, INC.,              :
                                          :
            Appellants,                   :
                                          :
      v.                                  :
                                          :
SILICON GRAPHICS, INC., *et al.*,         :
                                          :
            Appellees.                    :
                                          :
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To Attorney Admission Clerk and other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for Mary L. Johnson.

I am a U.S.D.C., Southern District of New York attorney. My Bar Number is MJ 5500.

My address is:

> Sheppard, Mullin, Richter & Hampton LLP
> 30 Rockefeller Plaza, 24th Floor
> New York, New York  10112
> Tel:   212-332-3800
> Fax:   212-332-3888
> Email: mjohnson@sheppardmullin.com

Dated: January 25, 2008

_____
Mary L. Johnson

W02-EAST:7MAJ1\200059477.1