SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Mary L. Johnson (MJ 5500)
Lisa Lewis (LL 6695)
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Tel:  (212) 332-3800
Fax:  (212) 332-3888

*Attorneys for Appellants*
*Samsung Electronics Co., Ltd. and*
*Samsung Semiconductor, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| IN RE SILICON GRAPHICS, INC., *et al.*, | : | Case No.  08-cv-00118 (LAP) |
| Debtors. | : | Bankruptcy Case No. 06-10977 (BRL) |
| | : | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC., | : | |
| Appellants, | : | **STIPULATION OF DISMISSAL** **WITH PREJUDICE** |
| v. | : | |
| SILICON GRAPHICS, INC., *et al.*, | : | |
| Appellees. | : | |

-------------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for appellants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc., and

appellees Silicon Graphics, Inc., et al., that the appeal of the Amended Stipulation, Agreement

and Order Between Debtors and Trustee of the DRAM Claims Liquidation Trust Clarifying

Extent of Assignment of Claims Pursuant to Confirmation Order and Trust Agreement, approved

by the Bankruptcy Court for the Southern District of New York on November 29, 2007, be and

hereby is dismissed, with prejudice and without costs to any party as against the other pursuant to Fed. R. Bankr. P. 8001(c)(2); and

IT IS FURTHER STIPULATED AND AGREED that all costs and fees due for this appeal have been paid; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts all of which shall constitute one document, and that facsimile copies of this stipulation shall be deemed originals.

DATED:    New York, New York
          August 20, 2008

CURTIS, MALLET-PREVOST, COLT &           SHEPPARD, MULLIN, RICHTER &
MOSLE LLP                                HAMPTON LLP


By: _____              By: _____
L.P. Harrison 3rd (LH 5540)              Mary Johnson (MJ 5500)
Turner P. Smith (TS 8052)                Lisa Lewis (LL 6695)

*Attorneys for Appellees,*                *Attorneys for Appellants*
*Silicon Graphics, Inc., et al.*          *Samsung Electronics Co., Ltd. and Samsung*
                                          *Semiconductor, Inc.*

101 Park Avenue                          30 Rockefeller Plaza
New York, New York 10178-0061            Suite 2400
Tel: 212-696-6000                        New York, New York 10112
Fax: 212-697-1559                        Tel: 212-332-3800
                                         Fax: 212-332-3888